UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANDLEAN MOSIER,<br><br>    Plaintiff,<br><br>    v.<br><br>CR BARD INC, et al.,<br><br>    Defendants. | No.  2:20-cv-01767-TLN-EFB<br><br>**New Case No.  2:20-cv-01767-DAD-BAM**<br><br>ORDER RELATING AND REASSIGNING CASES |
| JENNIFER PELAYO,<br><br>    Plaintiff,<br><br>    v.<br><br>C.R. BARD INC., et al.,<br><br>    Defendants. | No.  1:20-cv-01264-AWI-SKO<br><br>**New Case No.  1:20-cv-01264-DAD-BAM** |

A review of the complaints in the above-captioned cases reveals that they are related under this court's Local Rule 123(a) to the following related actions pending before the undersigned:  *Broocks v. C R Bard Inc.*, 1:19-cv-01228-DAD-BAM; *Denzer v. C R Bard Inc.*, 1:19-cv-01236-DAD-BAM; *Reynolds v. C R Bard Inc.*, 1:19-cv-01238-DAD-BAM; *Boyer v. C R Bard Inc.*, 1:19-cv-01243-DAD-BAM; *Gonzalez v. C R Bard Inc.*, 1:19-cv-01316-DAD-BAM; *Karpenko v. C R Bard Inc.*, 1:19-cv-01317-DAD-BAM; *Cook v. C R Bard Inc.*, 1:19-cv-01498-

1

DAD-BAM; *LaLonde v. C R Bard Inc.*, 1:19-cv-01516-DAD-BAM; *Baker v. C.R. Bard, Inc.*, 1:20-cv-00277-DAD-BAM; *Cronan v. C.R. Bard, Inc.*, 2:15-cv-01418-DAD-BAM; *Wilson v. C.R. Bard, Inc.*, 1:20-cv-00436-DAD-BAM; *Bradburn v. C.R. Bard, Inc.*, 1:20-cv-00437-DAD-BAM; *Camarena v. C.R. Bard, Inc.*, 1:20-cv-00441-DAD-BAM; *Butler v. C.R. Bard, Inc.*, 1:20-cv-00442-DAD-BAM; *Molina v. C.R. Bard, Inc.*, 1:20-cv-00443-DAD-BAM; *Bond v. C.R. Bard, Inc.*, 1:20-cv-00444-DAD-BAM; *Krieger v. C.R. Bard, Inc.*, 1:20-cv-00445-DAD-BAM; *Licea v. C.R. Bard, Inc.*, 2:20-cv-00644-DAD-BAM; *Turner v. C.R. Bard, Inc.*, 2:20-cv-00645-DAD-BAM; *Whitaker v. C.R. Bard, Inc.*, 1:20-cv-01668-DAD-BAM; and *Leonhart v. C.R. Bard, Inc.*, 1:20-cv-01677-DAD-BAM. Accordingly, assignment of the above-captioned actions to the undersigned and to Magistrate Judge Barbara A. McAuliffe will promote efficiency and economy for the court and the parties.

An order relating cases under this court's Local Rule 123 merely assigns them to the same district judge and magistrate judge—it does not consolidate the cases. The local rules of this district authorize the judge with the lowest numbered case to order the reassignment of any higher numbered cases to himself or herself, upon determining that this assignment is likely to effect a savings of judicial effort. L.R. 123(c). Such good cause appearing here, **the court orders that the two (2) above-captioned actions be reassigned to the undersigned and Magistrate Judge Barbara A. McAuliffe and that they be related to each of the twenty-one (21) already related actions listed above**. The documents in the above-captioned actions shall bear the new case numbers above.

IT IS SO ORDERED.

Dated:   **September 14, 2020**

_____
UNITED STATES DISTRICT JUDGE