

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
ORDER**

JENNIFER PELAYO,

        Plaintiff(s),      Case No. 1:20-cv-01264-DAD-BAM

v.

C. R. BARD INCOPORATED, et al.,

        Defendant(s).

I, Matthew B. Lerner, attorney for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $225.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Nelson Mullins Riley& Scarborough, LLP |
| Address: | Atlantic Station, Suite 1700 |
| | 201 17th Street NW |
| City: | Atlanta |
| State: | GA    ZIP Code: 30318 |
| Voice Phone: | (404) 322-6158 |
| FAX Phone: | (404) 322-6050 |
| Internet E-mail: | matthew.lerner@nelsonmullins.com |
| Additional E-mail: | |
| I reside in City: | Atlanta    State: Georgia |

I was admitted to practice in the State of Georgia on November 2, 2001 and the State of Florida on April 23, 2002.  I am presently in good standing and eligible to practice in said courts.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☒ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

I have been previously admitted pro hac vice status in the following cases:

1. Baker v. C. R. Bard, Inc. et al., 1:20-cv-00277-DAD-BAM, Granted 3/20/2020
2. Bond v. C. R. Bard, Inc., et al., 1:20-cv-00444-DAD-BAM, Granted 4/10/2020
3. Boyer v. C. R. Bard, Inc., et al., 1:19-cv-01243-DAD-BAM, Granted 10/1/2019
4. Bradburn v. C. R. Bard, Inc., et al., 1:20-cv-00437-DAD-BAM, Granted 4/10/2020
5. Broocks v. C. R. Bard, Inc., et al., 1:19-cv-01228-DAD-BAM, Granted 10/1/2019
6. Butler v. C. R. Bard, Inc., et al., 1:20-cv-00442-DAD-BAM, Granted 4/14/2020
7. Camarena v. C. R. Bard, Inc., et al., 1:20-cv-00441-DAD-BAM, Granted 4/14/2020
8. Clifford v. C. R. Bard, Inc., et al., 2:19-cv-01315-DAD-BAM, Granted 10/1/2019
9. Cook v. C. R. Bard, Inc., et al., 1:19-cv-01498-DAD-BAM, Granted 11/19/2019
10. Cronan v. C. R. Bard, Inc., et al. 2:15-cv-01418-DAD-BAM, Granted 10/1/2019
11. Denzer v. C. R. Bard, Inc., et al., 1:19-cv-01236-DAD-BAM, Granted 10/1/2019
12. Freeman, et al. v. C. R. Bard, Inc., et al., 2:20-cv-01867-DAD-BAM, Granted 12/4/2020
13. Gibson v. C. R. Bard, Inc., et al, 1:19-cv-01233-DAD-BAM, Granted 10/1/2019
14. Gonzalez v. C. R. Bard, Inc., et al., 2:19-cv-01316-DAD-BAM, Granted 10/1/2019
15. Hayes v. C. R. Bard, Inc., et al., 1:20-cv-00446-DAD-BAM, Granted 4/10/2020
16. Karpenko v. C. R. Bard, Inc., et al., 2:19-cv-01317-DAD-BAM, Granted 10/1/2019
17. Knotts, et al. v. C. R. Bard, Inc., et al., 1:19-cv-01240-DAD-BAM, Granted 10/1/2019
18. Krieger v. C. R. Bard, Inc., et al., 1:20-cv-00445-DAD-BAM, Granted 4/14/2020
19. LaLonde v. C. R. Bard, Inc., et al., 1:19-cv-01516-DAD-BAM, Granted 11/20/2019
20. Licea v. C. R. Bard, Inc., et al., 2:20-cv-00644-DAD-BAM, Granted 4/10/2020

21. Martinez v. C. R. Bard, Inc., et al., 1:19-cv-01234-DAD-BAM, Granted 10/1/2019

22. Molina v. C. R. Bard, Inc., et al., 1:20-cv-00443-DAD-BAM, Granted 4/14/2020

23. O'Brine v. C. R. Bard, Inc., et al, 1:19-cv-01495-DAD-BAM, Granted 11/20/2019

24. Reynolds v. C. R. Bard, Inc., et al., 1:19-cv-01238-DAD-BAM, Granted 10/1/2019

25. Ross, et al. v. C. R. Bard, Inc., et al., 1:19-cv-01227-DAD-BAM, Granted 10/1/2019

26. Thompson v. C. R. Bard, Inc., et al., 1:19-cv-01239-DAD-BAM, Granted 10/1/2019

27. Todd v. C. R. Bard, Inc., et al., 1:19-cv-01226-DAD-BAM, Granted 10/1/2019

28. Turner v. C. R. Bard, Inc., et al., 2:20-cv-00645-DAD-BAM, Granted 4/14/2020

29. Wallace v. C. R. Bard, Inc., et al., 1:19-cv-01225-DAD-BAM, Granted 10/1/2019

30. Wilson v. C. R. Bard, Inc., et al., 1:20-cv-00436-DAD-BAM, Granted 4/14/2020

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:        Shawtina Lewis

Firm Name:   Nelson Mullins Riley & Scarborough LLP

Address:     19191 S. Vermont Avenue, Suite 900

City:        Torrance

State:       CA          ZIP Code: 90502

Voice Phone: (424) 221-7400

FAX Phone:   (424) 221-7499

E-mail:      shawtina.lewis@nelsonmullins.com


Dated: 12/8/2020          Petitioner: /s/ Matthew B. Lerner

**ORDER**

    Certificate of good standing is not attached to the final document approved by the Court but attached to the filing submitted by counsel on December 8, 2020.

IT IS SO ORDERED.

Dated: **December 9, 2020**               /s/ *Barbara A. McAuliffe*