UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JENNIFER PELAYO,

Plaintiff,

v.

C. R. BARD INC., and
BARD PERIPHERAL VASCULAR, INC.,

Defendants.

Case No.: 1:20-cv-01264-DAD-BAM

**ORDER TO EXTEND STAY OF DISCOVERY AND ALL PRETRIAL DEADLINES**

(Doc. No. 49.)

On November 25, 2020, the parties filed a joint motion to extend stay of discovery. (Doc. No. 44.) On December 2, 2020, the Court stayed and extended all discovery and pretrial deadlines until an initial scheduling conference scheduled for March 2, 2021. (Doc. No. 45.) Now before the Court is the parties joint notice regarding settlement and extension of stay. (Doc. No.49.)

Pursuant to the parties' joint notice regarding settlement and extension of stay, and good cause appearing, the request for extension of stay GRANTED. (Doc. No. 49.) It is hereby ORDERED that this matter is STAYED an additional ninety (90) days until the Initial Scheduling Conference. The initial Scheduling Conference is continued to **June 8, 2021 at 9:00 A.M. in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe** to allow the Parties to conduct ongoing settlement negotiations. The parties shall file a Joint Scheduling Report at least one (1) full week prior to the Scheduling Conference. If the parties file a notice of settlement pursuant to Local Rule 160 before the continued scheduling/status conference, the

scheduling/status conference will be vacated The parties shall appear at the Scheduling Conference with each party connecting remotely either via Zoom video conference or Zoom telephone number. The parties shall be provided with the Zoom ID and password by the Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire required.

IT IS SO ORDERED.

Dated: **February 25, 2021**

/s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE